UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL JURY TRIAL MINUTES

**The Honorable HAYWOOD S. GILLIAM, JR.**

| **Clerk:** Nikki D. Riley | **Court Reporter:** Lee-Anne Shortridge |
|---|---|
| **Date:** June 2, 2023 | **Time:** 8:06 a.m.- 5:40 p.m. (7 hours and 45 minutes) |
| **Case Number:** 21-cr-00163-HSG-1 | **Case Name:** USA v. Attila Colar |
| **Plaintiff Attorney(s):** Adam Reeves and Barbara Valliere | **Defense Attorney(s):** Attila Colar appearing pro se w/John Jordan as advisory counsel |
| **Trial Began:** June 2, 2023 | **Further Trial:** June 5, 2023 |

| **Trial Motions Heard:** | **Disposition** |
|---|---|
| 1. | |
| 2. | |

**Other:**
Voir dire begun and completed; jurors and alternates are selected and sworn.  Matter is continued to Monday, June 5, 2023 at 8:00 a.m. (for counsel) and 8:30 a.m. (for jury).  The defendant is remanded into the custody of the U.S. Marshal.