**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 21-cr-00163-HSG-1
Case Name: <u>USA v. Colar</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Haywood S. Gilliam, Jr. | | Adam Reeves and Barbara Valliere | Attila Colar appearing pro se w/John Jordan as advisory counsel |
| TRIAL DATE: | | REPORTER(S): | CLERK: |
| June 2, 2023 | | Lee-Anne Shortridge | Nikki D. Riley |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:06A | | | Judge enters the courtroom. | |
| | | 8:36A | | | Judge exits the courtroom. | |
| | | | | | Prospective jurors enter the courtroom, are seated and sworn. | |
| | | 9:55A | | | Judge re-enters the courtroom and jury voir dire begins. | |
| | | | | | Prospective jurors are released for a 10-minute break. | |
| | | 11:38A | | | Judge exits the courtroom. | |
| | | 11:51A | | | Judge re-enters the courtroom. | |
| | | | | | Prospective juror no. 54 is spoken to in private by the Judge and Attorneys/Pro Se Defendant only and is excused by the Court. | |
| | | 11:58A | | | Judge exits the courtroom. | |
| | | | | | Prospective jurors re-enter the courtroom. | |
| | | 12:03P | | | Judge re-enters the courtroom. | |
| | | | | | Prospective jurors are given a break until 4 p.m. except for the prospective jurors requesting to speak in private.  Those individuals were called in one by one and then excused for break. | |
| | | | | | Prospective jurors re-enter the courtroom.  Jury is selected and sworn. Alternates are selected and sworn. Remaining jurors are excused.  Jurors are instructed. | |
| | | 5:03P | | | Judge exits the courtroom. | |
| | | 5:15P | | | Judge re-enters the courtroom and jurors that requested to speak to the court privately are called in one by one and then excused for the day. | |

1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 21-cr-00163-HSG-1
Case Name: <u>USA v. Colar</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **6/2/2023, 5:40P** | | | Judge exits the courtroom. Court to resume Monday, June 5, 2023 at 8:00 a.m. (for counsel) and 8:30 a.m. (for jury). | |

2