**FILED**

JUN 23 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. <u>21-cr-00163-HSG-1</u> |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| ATTILA COLAR, | |
| Defendant. | |

COUNT ONE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  conspiracy to commit wire fraud, in violation of Section 1349 of Title 18 of the United States Code.

COUNT FIVE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with a wire payment of $225 from GEO Corrections to AHOD Mechanics Bank account, made on January 27, 2020.

COUNT SIX:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with a wire payment of $20,044.75 from GEO Corrections to AHOD Mechanics Bank account, made on February 28, 2020.

COUNT SEVEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___       NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with a wire payment of $57,138.65 from GEO Corrections to AHOD Mechanics Bank account, made on March 27, 2020.

COUNT EIGHT:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___       NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with a wire payment of $3,780 from GEO Corrections to AHOD Mechanics Bank account, made on April 24, 2020.

COUNT NINE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___       NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with a wire payment of $4,375 from GEO Corrections to AHOD US Bank account, made on June 26, 2020.

COUNT TEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___       NOT GUILTY _____

United States District Court
Northern District of California

of the charged offense: aggravated identity theft, in violation of Section 1028A of Title 18 of the United States Code, using a means of identification for Georgi Petrakov, during and in relation to the crime of conspiracy to commit wire fraud, as charged in Count One.

COUNT TWELVE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: aggravated identity theft, in violation of Section 1028A of Title 18 of the United States Code, using a means of identification for Pamela Saucer, during and in relation to the crime of conspiracy to commit wire fraud, as charged in Count One.

COUNT THIRTEEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: aggravated identity theft, in violation of Section 1028A of Title 18 of the United States Code, using a means of identification for Simone Woods, during and in relation to the crime of conspiracy to commit wire fraud, as charged in Count One.

COUNT FOURTEEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: conspiracy to commit wire fraud and bank fraud, in violation of Section 1349 of Title 18 of the United States Code. If your verdict is NOT GUILTY, please proceed directly to Count Fifteen. If your verdict is GUILTY, then proceed to the next question.

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR, guilty of conspiracy to commit wire fraud and bank fraud, with respect to the following object(s) of the conspiracy:

3

WIRE FRAUD: _____✓_____

BANK FRAUD: _____✓_____

COUNT FIFTEEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  bank fraud, in violation of Section 1344(2) of Title 18 of the United States Code, in connection with Mechanics Bank.

COUNT SIXTEEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  bank fraud, in violation of Section 1344(2) of Title 18 of the United States Code, in connection with Celtic Bank.

COUNT SEVENTEEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of AHOD for $2,422,615 to Mechanics Bank on April 9, 2020.

COUNT EIGHTEEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of AHOD for $1,938,000 to Lendio on May 20, 2020.

4

United States District Court
Northern District of California

COUNT NINETEEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of AHOD for $1,335,619 to Kabbage on May 21, 2020.

COUNT TWENTY:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of AHOD for $1,618,200 to Fountainhead (via Lendio) on May 22, 2020.

COUNT TWENTY-ONE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of AHOD for $2,000,000 to Celtic (via Liberty SBF) on June 2, 2020.

COUNT TWENTY-TWO:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of Oversight for $2,893,000 to Lendio on June 16, 2020.

United States District Court
Northern District of California

5

COUNT TWENTY-THREE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of Oversight for $2,893,149.79 to Lendio on June 19, 2020.

COUNT TWENTY-FIVE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of Oversight for $1,895,760 to Cross River Bank on June 28, 2020.

COUNT TWENTY-SIX:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of FIG for $3,310,291.05 to Liberty SBF on June 16, 2020.

COUNT TWENTY-SEVEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense: wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of FIG for $3,310,000 to Lendio on June 18, 2020.

United States District Court
Northern District of California

6

United States District Court
Northern District of California

COUNT TWENTY-EIGHT:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  wire fraud, in violation of Section 1343 of Title 18 of the United States Code, in connection with the submission of an application for a PPP loan in the name of FIG for $3,310,000 to Lendio on February 3, 2021.

COUNT TWENTY-NINE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  aggravated identity theft, in violation of Section 1028A of Title 18 of the United States Code, using a means of identification for Mansoor Bey, during and in relation to the crime of wire fraud, as charged in Count Twenty-Two.

COUNT THIRTY:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  aggravated identity theft, in violation of Section 1028A of Title 18 of the United States Code, using a means of identification for Mansoor Bey, during and in relation to the crime of wire fraud, as charged in Count Twenty-Three.

COUNT THIRTY-ONE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  aggravated identity theft, in violation of Section 1028A of Title 18 of the United States Code, using a means of identification for Byron Wilson, during and in relation to the crime of wire fraud, as charged in Count Twenty-Six.

7

United States District Court
Northern District of California

**COUNT THIRTY-TWO:**

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___        NOT GUILTY _____

of the charged offense:  aggravated identity theft, in violation of Section 1028A of Title 18 of the United States Code, using a means of identification for Byron Wilson, during and in relation to the crime of wire fraud, as charged in Count Twenty-Seven.

**COUNT THIRTY-THREE:**

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___        NOT GUILTY _____

of the charged offense:  aggravated identity theft, in violation of Section 1028A of Title 18 of the United States Code, using a means of identification for Byron Wilson, during and in relation to the crime of wire fraud, as charged in Count Twenty-Eight.

**COUNT THIRTY-FOUR:**

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___        NOT GUILTY _____

of the charged offense:  making a false statement to Mechanics Bank, a federally insured financial institution, for the purpose of influencing Mechanics Bank, in violation of Section 1014 of Title 18 of the United States Code.

**COUNT THIRTY-FIVE:**

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___        NOT GUILTY _____

of the charged offense:  making a false statement to Celtic Bank, a federally insured financial institution, for the purpose of influencing Celtic Bank, in violation of Section 1014 of Title 18 of the United States Code.

COUNT THIRTY-SIX:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  possession of a firearm and ammunition by a felon, in violation of Section 922(g)(1) of Title 18 of the United States Code.  If your verdict is NOT GUILTY, please proceed directly to Count Thirty-Seven.  If your verdict is GUILTY, then proceed to the next question.

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR, guilty of possession of a firearm and ammunition by a felon, with respect to the following item(s):

THE FIREARM:  ___✓___

ONE OR MORE ROUNDS OF AMMUNITION:  ___✓___

COUNT THIRTY-SEVEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  obstructing an official proceeding, in violation of Section 1512(c)(2) of Title 18 of the United States Code.

COUNT THIRTY-EIGHT:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  attempting to destroy or remove property to prevent its seizure, in violation of Section 2232(a) of Title 18 of the United States Code.

COUNT THIRTY-NINE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

9

of the charged offense:  obstruction of justice, in violation of Section 1519 of Title 18 of the United States Code, in connection with the Form W-2s for the alleged employees of AHOD.

COUNT FORTY:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY __✓__     NOT GUILTY _____

of the charged offense:  obstruction of justice, in violation of Section 1519 of Title 18 of the United States Code, in connection with Form 990-EZ for tax year 2019 and a California Exempt Organization Annual Information Return for the year 2019.

COUNT FORTY-ONE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY __✓__     NOT GUILTY _____

of the charged offense:  filing a false tax return, in violation of Section 7206(1) of Title 26 of the United States Code, in connection with the amount of wages that AHOD paid for the third quarter of 2019, as reported on Form 941 for 2019.

COUNT FORTY-TWO:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY __✓__     NOT GUILTY _____

of the charged offense:  filing a false tax return, in violation of Section 7206(1) of Title 26 of the United States Code, in connection with the amount of wages that AHOD paid for the fourth quarter of 2019, as reported on Form 941 for 2019.

COUNT FORTY-THREE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY __✓__     NOT GUILTY _____

of the charged offense:  filing a false tax return, in violation of Section 7206(1) of Title 26 of the

United States District Court
Northern District of California

United States District Court
Northern District of California

United States Code, in connection with the amount of wages that AHOD paid for the first quarter of 2020, as reported on Form 941 for 2020.

COUNT FORTY-FOUR:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ____✓____          NOT GUILTY _____

of the charged offense:  filing a false tax return, in violation of Section 7206(1) of Title 26 of the United States Code, in connection with the amount of wages that AHOD paid for the third quarter of 2019, as reported on Form 941-X.

COUNT FORTY-FIVE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ____✓____          NOT GUILTY _____

of the charged offense:  filing a false tax return, in violation of Section 7206(1) of Title 26 of the United States Code, in connection with the amount of wages that AHOD paid for the fourth quarter of 2019, as reported on Form 941-X.

COUNT FORTY-SIX:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ____✓____          NOT GUILTY _____

of the charged offense:  filing a false tax return, in violation of Section 7206(1) of Title 26 of the United States Code, in connection with the amount of wages that AHOD paid for the first quarter of 2020, as reported on Form 941-X.

COUNT FORTY-SEVEN:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ____✓____          NOT GUILTY _____

of the charged offense:  conspiring to commit witness tampering, in violation of Section 1512(k)

11

United States District Court
Northern District of California

of Title 18 of the United States Code.

COUNT FORTY-EIGHT:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  tampering with a witness, in violation of Section 1512(b)(1) of Title 18 of the United States Code.

COUNT FORTY-NINE:

We, the jury in the above-entitled case, unanimously find the defendant, ATTILA COLAR,

GUILTY ___✓___          NOT GUILTY _____

of the charged offense:  tampering with a witness, in violation of Section 1512(b)(2)(D) of Title 18 of the United States Code.

DATED: June 23, 2023

_____
FOREPERSON